IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3096 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| NORBERTO MORALES-CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |

     IT IS ORDERED that the defendant's sentencing is continued to Tuesday, November 15, 2011, at 12:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

     Dated February 23, 2011.

                                                   BY THE COURT:

                                                   *Richard G. Kopf*
                                                   United States District Judge